IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03111-REB-KLM

JULIE REISKIN,
JON JAMIE LEWIS,
WILLIAM JOE BEAVER,
DOUGLAS HOWEY,
DIANA MILNE,
TINA MCDONALD,
JOSE TORRES-VEGA,
RANDY KILBOURN,
JOHN BABCOCK,
KIMBERLEY JACKSON,
PAULINA BLACK,
RUTHIE MCNAIR,
VRLINA NOZLIC, and
COLORADO CROSS-DISABILITY COALITION, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion for Leave to File Third Amended Class Action Complaint** [#62][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's

---

[1] "[#62]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

Amended Class Action Complaint [#62-2] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Third Amended Class Action Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated:  June 19, 2015