**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03111-REB-KLM

JULIE REISKIN,
JON JAIME LEWIS,
WILLIAM JOE BEAVER,
DOUGLAS HOWEY,
DIANA MILNE,
TINA MCDONALD,
JOSÉ TORRES-VEGA,
RANDY KILBOURN,
JOHN BABCOCK,
KIMBERLEY JACKSON,
PAULINA BLACK,
RUTHIE MCNAIR,
VRLINA NOZLIÇ,
CHERYL QUINLAN,
ELAINE CULPEPPER,
BIANCA GAMEL,
KEVIN GRIMSINGER, and
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit organization,
on behalf of themselves and others similarly situated,

      Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT,

      Defendant.

**ORDER DISMISSING PLAINTIFF BIANCA GAMEL**

**Blackburn, J.**

The matter before me is **Plaintiffs' Unopposed Motion To Withdraw All Claims of Plaintiff Bianca Gamel** [#92],[1] filed September 8, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that all claims of the plaintiff, Bianca Gamel, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Unopposed Motion To Withdraw All Claims of Plaintiff Bianca Gamel** [#92], filed September 8, 2015, is granted;

2. That all claims of the plaintiff, Bianca Gamel, against the defendant, Regional Transportation District, are dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

3. That the plaintiff, Bianca Gamel, is dropped as a party to this action, and the case caption amended accordingly.

Dated September 9, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#92]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.